Mr. Justice Barnes delivered the opinion of the court.

---

Louis Lewison, appellee, v. Israel Wexler and Harry Wexler, trading as American Bag Supply Company, appellants. Gen. No. 26,457.

Action for balance due on merchandise sold and delivered to defendant. Judgment for plaintiff. Appeal from the Municipal

Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922.

Samuel Blair, for appellants; Isaac Landsberg, of counsel. Maurice Alschuler, for appellee.

Mr. Justice Barnes delivered the opinion of the court.